Wade WALLIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 77091.

Missouri Court of Appeals,
Western District.

Sept. 2, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 2014.

Application for Transfer Denied Nov. 25, 2014.

Mary Highland Moore, Jefferson City, for Respondent.

Amy Marie Bartholow, Columbia, MO, for Appellant.

Before Division Two: VICTOR C. HOWARD P.J., JAMES E. WELSH, ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Wade Wallis appeals the denial of his Rule 24.035 motion for post-conviction relief. We affirm. Rule 84.16(b).